UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**NEVADA WALKER**

Plaintiff,

CIVIL ACTION
FILE NO.8:15-cv-001110

v.

**CREDIT COLLECTION SERVICES, INC.**
**Defendant.**

_____/

## DECLARATION

BEFORE ME personally appeared the affiant NEVADA WALKER who, after being duly sworn, deposes and states:

1. I am a resident of the State of Florida, over eighteen (18) years of age, and otherwise competent to testify to the matters contained herein.

2. I have personal knowledge of the sworn statement contained herein.

3. In 2012, I was assigned number 727-238-6806 by my cell phone provider T-Mobile.

4. From January 1, 2013 through and including November 11, 2015, I was in possession and control of a cell phone assigned number 727-238-6806.

5. From January 1, 2013 through and including November 11, 2015, I was in possession and control of a cell phone assigned number 727-.504-2096.

6. On or about January 29, 2015, I checked my credit reports for Transunion, Equifax and Experian. Defendant was reporting that I owed a debt from 2007 to Suntrust Bank.

7. I mailed a letter to the Defendant **CREDIT COLLECTION SERVICES, INC.** at the address Two Wells Avenue, Newton, Mass 02459 and advised them that I disputed the debt, that I was represented by attorney W. John Gadd and not to contact me any more.

8. I was called on my cell phone by Defendant on February 11, 2015 at 4:21 pm and on again February 16, 2015 at 11:57 pm.

9. On February 11, 2015 at 4:21 I was advised by the Defendant's representative that the debt they were attempting to collect related to an account with Suntrust. The alleged debt that Defendant was attempting to collect was in excess of seven years old and I did not owe the debt. I advised Defendant's representative to stop calling me.

10. I never consented to Defendant calling my cell phone number.

11. I have never been billed for any services allegedly provided to me Credit Collection Services, Inc.

12. I have never applied for credit allegedly provided to me by Credit Collection Services, Inc.

13. I have never provided any cellular telephone number to company related to Credit Collection Services, Inc. in which I agreed to them calling me about billing.

14. I have never provided any cellular telephone number Credit Collection Services, Inc. which I agreed to them calling me about billing with an autodialer.

15. I advised Defendant that I was represented by Attorney W. John Gadd, Esquire on February 11, 2015 at 4:21 pm and then they called me again on February 16, 2015.

16. Defendant refuses to provide me with verification of the debt and is attempting to harass me to pay for something that I don't owe.

17. I have retained the services of attorneys W. John Gadd, Esquire and Lisa Wilcox, Esquire and I am obligated to pay them a reasonable attorneys' fee and reimburse court costs.

## DECLARATION PURSUANT TO 28 U.S.C SECTION 1746

I HEREBY AFFIRM THAT THE FACTUAL STATEMENTS MADE ABOVE ARE TRUE AND CORRECT, UNDER PENALTY OF PERJURY

DATED: 11/22/2015

PRINT NAME: NEVADA WALKER

SIGNATURE: *[signed]*