## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**NEVADA WALKER**

**Plaintiff,**

**CIVIL ACTION**
**FILE NO.8:15-cv-001110**

**v.**

**CREDIT COLLECTION SERVICES, INC.**
          **Defendant.**

_____/

## DECLARATION OF SERVICES PERFORMED AND TIME EXPENDED

Before me, the undersigned authority, personally appeared LISA R. WILCOX, who upon being duly sworn, deposes and says as follows:

1.     That I have personal knowledge as to the factual matters set forth herein.

2.     That I am an attorney at law, and I have been continually licensed to practice law in the State of Florida since 2004.

3.     That I have been regularly practicing law in and around central Florida since 2004.

4.     That I was retained by the Plaintiff in this action.

5.     That attached hereto as **Exhibit "A"** is a detailed listing report **("the Report")** of the time expended and services performed by Wilcox Law, PA and co-counsel W. John Gadd, Esquire on behalf of the Plaintiff.

6.     That my hourly fee for performing legal services for unfair debt collection practice is $350.00 per hour.  That the Report reflects a total of hours of 13.2 in this case through the entry of ay Wilcox Law, PA in connection with this foreclosure action.

7.     That the Report reflects a total of $ 4620.00 for all legal services performed by Wilcox Law, PA behalf of the Plaintiff.

DECLARATION PURSUANT TO 28 U.S.C SECTION 1746


 I HEREBY AFFIRM THAT THE FACTUAL STATEMENTS MADE ABOVE ARE TRUE
AND CORRECT, UNDER PENALTY OF PERJURY


               11/28/2015

DATED:_____

PRINT NAME:__ LISA WILCOX

SIGNATURE:_____