

# INVOICE

Invoice # 361
Date: 11/28/2015

721 1st Avenue North Suite 100
Saint Petersburg, Florida 33701-3603
United States

Nevada Walker

## 00312-Walker

## Walker v Credit Collection Services, Inc.

### Services

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Service | 04/27/2015 | Meeting with client to discuss facts of case. | 0.70 | $350.00 | $245.00 |
| Service | 04/30/2015 | Draft complaint. Prepare summons and civil coversheet. | 4.10 | $350.00 | $1,435.00 |
| Service | 10/19/2015 | Motion for clerk's default. | 1.90 | $350.00 | $665.00 |
| Service | 11/20/2015 | Meeting with client regarding declaration.Prepare Plaintiff's Declaration. | 1.20 | $350.00 | $420.00 |
| Service | 11/22/2015 | Draft motion for final judgment. | 3.70 | $350.00 | $1,295.00 |
| Service | 11/22/2015 | Draft response to order to show cause. | 0.30 | $350.00 | $105.00 |
| Service | 11/23/2015 | Amend motion for default to include fees and costs. Prepare attorneys fees and costs affidavit. | 1.30 | $350.00 | $455.00 |

**Services Subtotal** **$4,620.00**

### Expenses

| Type | Date | Description | Quantity | Rate | Total |
|---|---|---|---|---|---|
| Expense | 05/05/2015 | Filing fee with clerk of court | 1.00 | $400.00 | $400.00 |
| Expense | 05/08/2015 | Process server fee | 1.00 | $65.00 | $65.00 |

**Expenses Subtotal** **$465.00**

|  | Subtotal | $5,085.00 |
|---|---:|---:|
|  | **Total** | **$5,085.00** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---:|---:|---:|
| 361 | 11/28/2015 | $5,085.00 | $0.00 | $5,085.00 |
|  |  |  | **Outstanding Balance** | **$5,085.00** |
|  |  |  | **Amount in Trust** | **$0.00** |
|  |  |  | **Total Amount Outstanding** | **$5,085.00** |

Thank you for remitting payment to Wilcox Law upon receipt.